Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _SHEILA CRAWFORD_
Debtor

Case No. _07-21688_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_   Check one ☐   With the filing of the petition, or
               ☐   On or before

   $ _68.50_ on or before _DEC 20 2007_

   $ _68.50_ on or before _JAN 18 2008_

   $ _68.50_ on or before _Feb 18. 2008_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____
Signature of Attorney        Date

Signature of Debtor _11/19/07_
(In a joint case, both spouses must sign.)        Date

_____
Name of Attorney

_____
Signature of Joint Debtor (if any)        Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 1 9 2007

KENNETH S. GARDNER, CLERK
PS REP. - DD8

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re _SHEICA CRAWFORD_ .
         Debtor

Case No. _07-21688_

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐   With the filing of the petition, or
                             ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT
KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: _11. 19. 07_

_____
_United States Bankruptcy Judge_